The People of the State of Illinois, Plaintiff-Appellee, *v.* Larry Kizer, Defendant-Appellant.

(No. 59767;

First District (1st Division)—October 7, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Thomas Finegan, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.